IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| DORIS SMITH DINKINS, PERSONAL REPRESENTATIVE OF THE ESTATE OF RASHOD SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>JORDAN WILLIAMSON, in his individual capacity; MICHAEL THOMPSON, in his individual capacity; ROBERT BECKER, in his individual capacity; RUSSEL GOTTULA, in his individual capacity; STEVEN WORLEY, in his individual capacity; SAMANTHA STROUD, in her individual capacity; ASHLEY BETTS, in her individual capacity; and BERKELEY COUNTY SHERIFF'S OFFICE,<br><br>    Defendants. | C/A NO.:  2:21-cv-3515-DCN-MGB<br><br><br><br><br>**RULE 16.03 ADR CERTIFICATION** |

Colin V. Ram, the attorney of record, for Doris Smith Dinkins, Personal Representative of

the Estate of Rashod Smith in this matter, hereby certifies that he has:

1. Provided Doris Smith Dinkins with any materials relating to ADR that were required to be provided by the Local Civ. Rule 16.01 (D.S.C.) scheduling order;

2. Discussed the availability of ADR mechanisms with Doris Smith Dinkins; and

3. Discussed the advisability and timing of ADR with opposing counsel.

                        **McLEOD LAW GROUP, LLC**

                        /s/ Colin V. Ram
                        Colin V. Ram
                        W. Mullins McLeod, Jr.
                        P.O. Box 21624
                        Charleston, SC 29413
                        843-277-6655
                        *Attorney for Plaintiffs*

March 28, 2023
Charleston, South Carolina